IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEWIS KENDRICK, III                                                                                    PLAINTIFF

v.                                            4:15CV00674-BSM-JJV

PULASKI COUNTY JAIL; *et al.*                                                                DEFENDANT

### ORDER

Having reviewed Plaintiff's Complaint and Amended Complaint (Doc. Nos. 2, 4) for screening purposes,[1] the Court concludes service is appropriate for Defendants Cyrr, Houfman, and Custer.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for these Defendants and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 2), Amended Complaint (Doc. No. 4), and this Order on them without prepayment of fees and costs or security therefore. Service to all Defendants should be at the Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, AR 72204.

DATED this 20th day of November, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).