# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEWIS KENDRICK, III**                                                    **PLAINTIFF**

**v.**                           **CASE NO. 4:15-CV-00674 BSM**

**PULASKI COUNTY JAIL, et al.**                                      **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. Although the PRD notes that portions of Kendrick's second amended complaint are nearly illegible, his original paper filings contain a readable version, in contrast to the electronic copy. After careful consideration, including a review of Kendrick's paper filings, the PRD is adopted.

Therefore, Kendrick may proceed with his excessive force claims against Defendants Cyrr, Houfman, and Custer, and all other claims and defendants are dismissed without prejudice.

IT IS SO ORDERED this 8th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE